ALICE M. MORE *v.* STEVE URBANO

The motion by the defendant to dismiss the appeal from the Court of Common Pleas in New Haven County is denied.

*Milton G. Harrison,* for the appellee (defendant).

*Robert L. Fay,* for the appellant (plaintiff).

Argued October 2—decided December 4, 1962

CHARLES W. PETERSON *v.* CITY OF NORWALK ET AL. (No. 5269)

The plaintiff's motion for continuance (erroneously labeled "Motion to Dismiss") is denied.

*Robert B. Seidman,* with whom was *Sidney Vogel,* for the appellant (plaintiff).

*Thomas J. O'Sullivan,* for the appellee (defendant The New York, New Haven and Hartford Railroad Company).

*David S. Maclay,* with whom was *Peter Wilkinson,* for the appellee (defendant United Aircraft Corporation).

Argued December 5—decided December 5, 1962

CHARLES W. PETERSON ET AL. *v.* CITY OF NORWALK ET AL. (No. 5270)

The plaintiffs' motion for continuance (erroneously labeled "Motion to Dismiss") is denied.

*Robert B. Seidman,* with whom was *Sidney Vogel,* for the appellants (plaintiffs).

*Thomas J. O'Sullivan,* for the appellee (defendant The New York, New Haven and Hartford Railroad Company).